UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
BRAULIO THORNE, on behalf of himself and :
all others similarly situated
:
:
                           Plaintiff,   :             23-CV-775 (VSB)
:
        -against-               :              **ORDER**
:
11 TRADING COMPANY,           :
:
                        Defendants.  :
-------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      It has been reported to the Court that the parties in this case have reached a settlement agreement. Accordingly, it is hereby:

      ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within sixty (60) days.

SO ORDERED.

Dated: April 22, 2023
       New York, New York

_____
Vernon S. Broderick
United States District Judge